# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA POTIKYAN,<br><br>        Plaintiff,<br>    v.<br><br>JS DREAMS, INC.; CRISTCAT CALABAS, INC.; DOES 1–10, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-06237-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. ENTRY OF DEFAULT** |

On December 8, 2013, Plaintiff Angela Potikyan served Defendant JS Dreams, Inc. (ECF No. 7.) JS Dreams's answer was thus due by December 29, 2013—which is 21 days after the service date. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this Order, JS Dreams has yet to answer or otherwise respond. The Court therefore **ORDERS** Potikyan **TO SHOW CAUSE** by **Thursday, January 9, 2014**, why she has not moved for entry of default with the Clerk of Court. No hearing will be held. The Court will discharge this Order upon receipt of Plaintiff's request for entry of default or an answer from JS Dreams. In the event both documents are filed before the above date, the answer will take precedence.

**IT IS SO ORDERED.**

January 2, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**