# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-6237 JEM | Date | June 12, 2014 |
|---|---|---|---|
| Title | Angela Potikyan v. JS Dreams, Inc., et al. | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) PLAINTIFF'S MOTION FOR A FURTHER ORDER REQUIRING DEFENDANT JS DREAMS, INC. AND ITS COUNSEL HEEDONG CHAE, CHONG ROH AND EAST WEST LAW GROUP, PC, TO COMPLY WITH THEIR OBLIGATION TO PARTICIPATE IN A SETTLEMENT CONFERENCE AND IMPOSING SANCTIONS, JOINTLY AND VERBALLY, IN THE AMOUNT OF $3,987.50 AGAINST EACH OF THEM (Docket No. 29)**

      Before the Court is a Motion For A Further Order Requiring Defendant JS Dreams, Inc. And Its Counsel To Participate In A Settlement Conference And Imposing Sanctions filed by Plaintiff Angela Potikyan.  Defendant did not respond to the Motion.  The Court cannot tell from the papers whether the parties met and conferred before this Motion was filed.  Accordingly, the Court will issue an Order to Show Cause ("OSC") why JS Dreams should not be ordered to participate in a settlement conference, and to pay sanctions in the amount requested, to be heard on **July 1, 2014 at 10 am**.  Defendant shall respond to this OSC by **June 23, 2014** with any reply by Plaintiff due **June 27, 2014**.  The Court also strongly encourages Defendant to complete the settlement conference before then or at least agree on a date, place and mediator.  The Court expects all parties to comply with its Scheduling Order unless relief from that Order is requested and granted in advance of any due date.

cc: Parties

                                                                                     :
Initials of Preparer            sa