1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| ANGELA POTIKYAN, on behalf of herself and all others similarly situated, ) ) ) | Case No. CV 13-6237-JEM |
| Plaintiff, ) ) | **ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST JS DREAMS, INC.** |
| v. ) ) | |
| JS DREAMS, INC. and CRISTCAT CALABASAS, INC. (individually and collectively doing business as JOHNNY ROCKETS - COMMONS AT CALABASAS), and DOES 1 through 10, inclusive, ) ) ) ) ) ) ) | Action Filed: August 26, 2013 |
| Defendants. ) ) | |

12
13
14
15
16
17
18
19
20

        Before the Court is a Motion to Withdraw filed by Heedong Chae and East West Law

Group, PC because Defendant JS Dreams, Inc. has not paid counsel fees.  Neither JS

Dreams, Inc. nor Plaintiff opposes the Motion.  Mr. Chae has represented that he has

advised JS Dreams, Inc. that it cannot represent itself and must have an attorney.  JS

Dreams, Inc. did not appear at the hearing held on October 28, 2014 at which the Court

expected to discuss with JS Dreams, Inc., the necessity of appearing through counsel.

Corporations may not represent themselves.  The corporate practice of law is illegal.  JS

Dreams, Inc., must appear through counsel.

21
22
23
24
25
26
27
28

1  The Court has not yet entered an order granting the Motion to Withdraw and will not

2  do so until Mr. Chae, in cooperation with Mr. Yedalian, achieves service of this Order to

3  Show Cause on JS Dreams, Inc., through its agents, owners or officers. The Court will

4  afford JS Dreams, Inc. a period of **30 days** from the service of this Order to Show Cause to

5  obtain counsel and for that counsel to file a Notice of Appearance on behalf of JS Dreams,

6  Inc. If a Notice of Appearance is not filed, the Court will enter a default judgment against JS

7  Dreams, Inc., in favor of Plaintiff.

8  Mr. Chae shall serve this Order to Show Cause on the agent for service of process

9  for JS Dreams, Inc. and shareholder Byung Chul Lee and on Kipyo Kim, CEO Secretary and

10  Chief Operating Officer of JS Dreams, Inc. Mr. Chae shall file a proof of service with the

11  Court or a declaration regarding status as soon as possible. When a proof of service is filed

12  with the Court, the Court will issue an order granting the Motion to Withdraw.

13

14  **IT IS SO ORDERED.**

15

16  DATED: October 28, 2014  */s/ John E. McDermott*

17  JOHN E. MCDERMOTT
   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2