# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA POTIKYAN, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>JS DREAMS, INC. and CRISTCAT CALABASAS, INC. (individually and collectively doing business as JOHNNY ROCKETS - COMMONS AT CALABASAS), and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV 13-6237-JEM<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST JS DREAMS, INC.**<br><br>Action Filed: August 26, 2013 |

On December 2, 2014, Andrew E. Smyth attempted to substitute himself as attorney of record for Defendant JS Dreams, Inc. Smyth has not prepared and submitted the proper documents in the proper format to the Court for approval. On October 28, 2014, the Court ordered Mr. Chae, in cooperation with Mr. Yedalian, to achieve service of its October 28, 2014 Order to Show Cause on JS Dreams, Inc., through its agents, owners or officers. The Court will again afford JS Dreams, Inc. a period of **30 days** from the service of this Order to Show Cause to obtain counsel and for that counsel to file a Notice of Appearance on behalf

of JS Dreams, Inc. If a Notice of Appearance is not filed, the Court will enter a default judgment against JS Dreams, Inc., in favor of Plaintiff.

**IT IS SO ORDERED.**

DATED: March 6, 2015

                                        */s/ John E. McDermott*
                                        JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE